**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00208-CR**
_____

**JOSE MIGUEL PONCE-GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CR29984**

## MEMORANDUM OPINION

Appellant Jose Miguel Ponce-Garcia pleaded guilty to aggravated assault on a family member with a deadly weapon, a first-degree felony. *See* Tex. Penal Code Ann. § 22.02(b)(1) (West 2011). A jury sentenced Ponce-Garcia to fifty years' imprisonment in the Texas Department of Criminal Justice. The trial court sentenced Ponce-Garcia in accordance with the jury's verdict. We affirm the trial court's judgment.

Ponce-Garcia's appellate counsel filed an *Anders* brief. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App.

1

1978). Counsel's brief presents his professional evaluation of the record and concludes there are no arguable grounds to be advanced in this appeal. Counsel provided Ponce-Garcia with a copy of this brief. We granted an extension of time for Ponce-Garcia to file a pro se brief. Ponce-Garcia filed a pro se brief raising a number of issues on appeal.

The appellate court need not address the merits of issues raised in *Anders* briefs or pro se responses. *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). In these circumstances, we "may determine that the appeal is wholly frivolous and issue an opinion explaining that [the appellate court] has reviewed the record and finds no reversible error. Or, [we] may determine that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues." *Id.* (citations omitted).

We have independently reviewed the clerk's record and the reporter's record, and we agree with Ponce-Garcia's appellate counsel that no arguable issues support an appeal. *See id.* Therefore, we find it unnecessary to order appointment of new counsel to re-brief Ponce-Garcia's appeal. *See id.*; *compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

---

[1] Ponce-Garcia may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

 

 

_____
CHARLES KREGER
Justice

Submitted on March 19, 2014
Opinion Delivered April 9, 2014
Do not publish

Before McKeithen, C.J., Kreger, and Johnson, JJ.

3